# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BRIAN R. HOLMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 1:19-cv-548-NT |
| DALE P. LANCASTER, et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 30, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 9). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED.** The Clerk of Court shall **DISMISS** the Complaint without prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 26th day of May, 2020.